```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF PUERTO RICO
```

STAR GEMINI NAVIGATION CO., LTD.,    *
                                     *
    Plaintiff/Counter-Defendant    *
                                     *
             v.                  *    CIVIL NO. 01-1630 (JP)
                                     *
E. ERHARDT Y CIA., S.A.,             *
                                     *
    Defendant/Counter-Claimant     *
                                     *

## FINAL JUDGMENT

The Court has before it Plaintiff Star Gemini Navigation Co., Ltd.'s ("Star Gemini") and Defendant E. Erhardt y Cía. S.A.'s ("Erhardt") "Third Stipulation Agreement and Full Release" (**No. 100**). Pursuant thereto, the Court hereby **ENTERS JUDGMENT, DISMISSING WITH PREJUDICE** all remaining claims asserted in this Action. The terms of the Third Stipulation are attached hereto and incorporated by reference, and the terms thereof are made to form part of this Judgment.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 23rd day of May, 2007.

                                                       s/Jaime Pieras, Jr.
                                                       JAIME PIERAS, JR.
                                          U.S. SENIOR DISTRICT JUDGE